March 13, 2009

Mr. Paul Wesley Black
Fee Smith Sharp & Vitullo, LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240

Mr. Douglas T. Floyd
Attorney at Law
6521 Preston Rd., Suite 100
Plano, TX 75024
Honorable Gena Nicole Slaughter
191st District Court Dallas County
600 Commerce Street, 7th Floor
Dallas, TX 75202

RE: Case Number: 09-0185
 Court of Appeals Number: 05-08-01475-CV
 Trial Court Number: 06-12470

Style: IN RE MINTER ELECTRIC COMPANY, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted the Agreed Motion for
Temporary Relief and issued the enclosed stay order in the above-referenced
case. The petition for writ of mandamus remains pending before this Court.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |